# Notice to Court of Appeals

To: The Clerk of the Court of Appeals for the First Supreme Judicial District of Texas

October 12, 2015

Kerry D James

vs.

Jason Paul Minter

Cause No. CV-0074292

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:31:05 AM
CHRISTOPHER A. PRINE
Clerk

County Court at Law No. 1
Honorable John Grady, Presiding Judge
Connie Nolan, Court Coordinator
Bitty Erskine, Official Court Reporter

Attorney(s) of Record:

Name:      Elaine S. Michael, Lead Attorney for Appellant(s) Kerry D James
Address:    316 East Edgewood Drive
           Friendswood TX  77546

Telephone:   281-993-0700


Name:      R. Keith Weber, Jr., Lead Attorney for Appellee(s) Jason Paul Minter
Address:    3131 Eastside Suite 400
           Houston TX  77098

Telephone:   281-369-4719

Date of Order Granting Motion: September 14, 2015

Motion for New Trial filed: 07/07/2015

Nature of Action: JP Appeal - Real Property - Other

Disposition of Case: All Other Civil Dispositions

Jury Trial (Yes/No): No

Appeals Consolidated under this Cause: None

Companion Cases (if Known): None

Amount of Appeal Bond: None

Notice of Appeal filed on: October 12, 2015


Dwight D. Sullivan, County Clerk
County Court at Law No. 1
Galveston County, Texas


By      _/s/ Claudia Gutierrez_      Deputy
             Claudia Gutierrez

## CAUSE NO. CV0074292

| | | |
|---|---|---|
| **KERRY D. JAMES** | § | **IN THE COUNTY COURT** |
| | § | |
| **VS.** | § | **OF GALVESTON COUNTY, TEXAS** |
| | § | |
| **JASON PAUL MINTER D/B/A** | § | |
| **AUTO SNATCH** | § | **COUNTY COURT NUMBER ONE (1)** |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Kerry James, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The judgment or order appealed from was signed on September 14, 2015

3.      Kerry James desires to appeal from the County Court at Law # 1 decision to not reinstate appellant's appeal from JP Court Cause No D82140020

4.      This appeal is being taken to either the First or Fourteenth Court of Appeals.

Respectfully submitted,

Elaine S. Michael
316 E. Edgewood Drive
Friendswood, Texas 77546
Tel: (281) 993-0700
Fax: (281) 993-0747
State Bar No. 14006250
Attorney for Petitioner

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel on the 12th day of October, 2015 as follows:

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Appellate Procedure.

Elaine S. Michael
Attorney for Petitioner